BARTLEY CONTRACTING CORPORATION, Appellant, *v.* DOMINICK ARONNA et al., Respondents.

Submitted January 7, 1952; decided January 10, 1952.

*Joseph Joffe* for motion.

*Ernest Fleischman* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.